**FILED**

DEC 1 8 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA U.S. DISTRICT COURT
CLARKSBURG, WV 26301

| | |
|---|---|
| SHAFT DRILLERS INTERNATIONAL, LLC, | CIVIL ACTION NO:  1:07 CV 100 |
| Plaintiff, | CHIEF JUDGE IRENE M. KEELEY |
| vs. | |
| ROCK WELL PETROLEUM, INC., | |
| Defendant. | |

## DISMISSAL ORDER

The attorneys for the parties have advised the Court that all claims have been amicably resolved through a release and settlement agreement and that the parties request this Court to enter an order of dismissal of all claims and this civil action pursuant to the terms of their settlement agreement.  It is hereby ORDERED, ADJUDGED and DECREED that all claims are dismissed and that this civil action is dismissed with prejudice.  The Clerk is directed to enter this dismissal order and serve a copy of this dismissal order upon all counsel of record for the parties.

Entered this _18th_ day of _December_, 200_7_.

_Irene M. Keeley_
IRENE M. KEELEY, CHIEF JUDGE

P0828687 1

The undersigned counsel hereby consent to the form of this order.

WIDMER-EBY & ASSOCIATES

MEYER, DARRAGH, BUCKLER,
BEBENEK & ECK, P.L.L.C.

By: _Michelle Widmer-Eby_

Michelle Widmer-Eby, Esquire
W.Va. I.D. No. 4034
211 New Jersey Avenue
Morgantown, WV 26501
*(Counsel for Shaft Drillers International, LLC)*

By: _____

Paul R. Robinson, Esquire
W.Va. I.D. No. 6261
600 Grant Street, Suite 4850
Pittsburgh, PA 15219
*(Counsel for Rock Well Petroleum, Inc.)*

P0828687.1